EXHIBIT A

*Loans for Leon Lamar Coe*

LOANS HELD BY UNITED STATES DEPARTMENT OF EDUCATION.

| Loan ID | Original Amount Loaned | Interest Rate | Amount currently owed (as of 1/13/2026) | Last monthly payment amount |
|---|---|---|---|---|
| Direct Consolidated Unsubsidized began repayment 1/17/2011 | $30,624.00 | 6.00 | $43,775.12 | $231 on Graduated repayment |
| Direct Consolidated Subsidized Began repayment 1/17/2011 | $36,091.00 | 6.00 | $42,702.21 | $214 on graduated repayment |

Mr. Coe has repaid $5,743.00 of the direct consolidated subsidized loan and $5,334.00 of the direct consolidated unsubsidized loan to date, for a total of $11,077.00 repaid.