United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 26-32715** |
| **LEON LAMAR COE,** | § | |
| | § | **CHAPTER 7** |
| **Debtor.** | § | |
| | § | |
| **LEON LAMAR COE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 26-3906** |
| | § | |
| **UNITED STATES DEPARTMENT OF EDUCATION,** | § | |
| | § | |
| **Defendant.** | § | |

## PRELIMINARY PRETRIAL ORDER

This adversary proceeding was initiated on November 9, 2026. Therefore, the Court **ORDERS** that not later than December 9, 2026 the Plaintiff (1) issue summons to any named defendant(s), (2) serve a summons on each named defendant(s) and (3) file the required proof of service of the summon(s) with the Clerk of the Court.

**COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED** to confer with opposing counsel, and together prepare in writing and file with the Court no less than 24 hours prior to the pretrial conference set on **January 12, 2027, at 11:00 a.m. at Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas** in this cause, a **JOINT DOCUMENT** captioned **"PRETRIAL STATEMENT"** containing the following:

**FOR PLAINTIFF(S)**

1. A brief statement of the theory of each cause of action.
2. A brief summary of plaintiff's contentions of facts in support of causes of action and the evidence to be relied upon to establish each of the facts contended.

**FOR EACH DEFENDANT & EACH ADDITIONAL PARTY**

1. A brief statement of the theory of your defense(s), interests, causes of action, etc.
2. A brief summary of contentions of facts in support of legal theories, and the evidence to be relied upon to establish each of the facts contended.

Each of the parties will present to opposing counsel at their conference (to be held by counsel prior to the judicial pretrial conference) the matters set out above for incorporation in the joint document.

**FOR ALL PARTIES** – In addition, the joint document is to include the following:

1. A statement to all admitted or uncontested facts.
2. Each party's brief statement of contested facts.
3. Each party's statement of contested legal issues.
4. A list and description of any motions pending or contemplated and any special issues appropriate for determination in advance of trial on the merits.

**ALL OF THE ABOVE IS TO BE INCORPORATED IN ONE DOCUMENT WHICH IS TO BE SIGNED BY ALL ATTORNEYS PRIOR TO THE FILING.**

You have the right to object to the final adjudication by this Court of any non-core matters or matters that fall within the scope of *Stern v. Marshall*, 564 U.S. 462 (2011). Any such objection to this Court's entry of final orders in this case must be filed with the Court no later than one day before the date set for the pretrial conference.

**Failure to abide by this order may lead to sua sponte dismissal of this adversary proceeding or the entry of a default judgment.**

SIGNED 11/10/2026

Jeffrey Norman
United States Bankruptcy Judge